

ORIGINAL

**FILED**

07/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0616

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0616

CHERYL HOLDEN RICE,

Plaintiff and Appellant,

v.

JOHN KEELEY and JOAN KEELEY,

Defendants and Appellees.

**FILED**

JUL 06 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In compliance with this Court's May 1, 2020 Order, both parties have filed a Status Report with this Court.

Self-represented Appellant Cheryl Holden Rice (Cheryl) moves this Court to continue the stay imposed on January 21, 2020, and informs the Court that the Ravalli County District Court held a hearing about enforcement of the settlement agreement on June 23, 2020. Through counsel, John Keeley and Joan Keeley (the Keeleys) provide that Cheryl disputes the validity of the settlement agreement, which was the result of mandatory appellate mediation, and that the Keeleys moved for relief in the District Court, pursuant to this Court's previous Orders. The Keeleys further provide that the District Court issued an Order Staying Ruling on their motion until the Ravalli County Board of Commissioners hear Cheryl's appeal on the denial of her proposed driveway approach access permit, scheduled for July 9, 2020. The Keeleys state that they will provide this Court with an updated status report wherein they will either move for dismissal or request a lift of the imposed stay.

Upon review and good cause shown, therefore,

IT IS ORDERED that this appeal remains STAYED until further Order by this Court. The parties shall FILE a Status Report with this Court on or before August 31, 2020, depending upon the resolution of proceedings before the Ravalli County Board of Commissioners and the Ravalli County District Court.

The Clerk is directed to provide a copy of this Order to the Honorable Howard Recht, Twenty-First Judicial District Court; to Paige Trautwein, Clerk of District Court, Ravalli County, under Cause No. DV-18-132; to counsel of record; and to Cheryl Holden Rice personally.

DATED this 6 day of July, 2020.

For the Court,

By _____
Chief Justice